[No. 30952-1-II. Division Two. April 12, 2005.]

THE STATE OF WASHINGTON, *Respondent* v. JEFFREY MICHAEL TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00200-3, James B. Sawyer II, J., entered October 2, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 31688-9-II. Division Two. April 12, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN DAVID TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-00274-5, Roger A. Bennett, J., entered April 20, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 31763-0-II. Division Two. April 12, 2005.]

J&L BORUP, INC., *Appellant*, v. THE PORT OF SKAMANIA COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Skamania County, No. 02-2-00145-1, E. Thompson Reynolds, J., entered May 7, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 32009-6-II. Division Two. April 12, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE JEANE JARRELLS, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 02-1-00110-1, Anna M. Laurie, Thomas J. Majhan, and George L. Wood, JJ., entered July 14, 2004. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.